

IN THE
TENTH COURT OF APPEALS

No. 10-14-00397-CV

BETTY JANE GOSSETT,

Appellant

v.

THE ESTATE OF DONA LEE STOVALL,
DECEASED, AND LISA JAMIESON AS THE
PERSONAL REPRESENTATIVE OF THE ESTATE
OF DONA LEE STOVALL,

Appellees

From the County Court at Law No. 2
Johnson County, Texas
Trial Court No. P200719377-A

# ORDER

This appeal was referred to mediation by order dated February 26, 2015. The parties to the appeal were ordered to confer with each other and attempt to agree upon a mediator. Further, named parties were ordered to attend the mediation. After an objection by a person whom the Court believed to be a party, a response was requested from any person or entity served with the Court's order of referral to mediation which

contended it was not a true "party" to this appeal. Further, appellant was ordered to amend the docketing statement and properly note service, including the service address, of the amended docketing statement to each person required by the rules to be served, specifically each party to the judgment being appealed. TEX. R. APP. P. 9.5(e); *see also* TEX. R. CIV. P. 21a(e).

Since the issuance of that order, we have received notification from some of the parties which indicated they were not parties to the appeal. Further, appellant amended the docketing statement to clearly indicate which parties were actual parties to the appeal.

Accordingly, the Court makes the following Order:

The style of this appeal is changed to *Betty Jane Gossett v. The Estate of Dona Lee Stovall, Deceased, and Lisa Jamieson as the Personal Representative of the Estate of Dona Lee Stovall*. Any other person or entity initially believed by the Court to be a party to this appeal is removed from the Court's case management system and is not required to comply with the Court's previous order of referral to mediation, dated February 26, 2015, or any future order of the Court.

All provisions of the mediation order dated February 26, 2015, remain in effect for Betty Jane Gossett, the Estate of Dona Lee Stovall, and Lisa Jamieson as the personal representative of the Estate of Dona Lee Stovall, including the provision that mediation must occur within thirty days after the date the notice agreeing to a mediator is filed.

Because appellant indicated in her amended docketing statement, filed on April 1, 2015, that the parties could agree on a mediator and named a mediator, the parties are ordered to mediate with Wade H. McMullen whose contact information is as follows:

6300 Ridgelea Place
Suite 509
Fort Worth, TX 76116
(817)731-4163

Mediation must occur within thirty days after the date the amended docketing statement was filed.


PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed April 16, 2015

